UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| ZATOCHI MATTOCKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| KILOLO KIJAKAZI, | ) | 5:22-CV-56-BO |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Decision by Court.**
This action came before this Court for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** Plaintiff should be awarded an attorney's fee under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), in the amount of $4,678.27., and that pursuant to Comm'r of Soc. Sec. v. Ratliff, 560 U.S.--, 130 S. Ct. 2521 (2010), the fee award will first be subject to offset of any debt Plaintiff may owe to the United States. The Commissioner will determine whether Plaintiff owes a debt to the United States. If so, the debt will be satisfied first, and if any funds remain, they will be made payable to Plaintiff and mailed to Plaintiffs counsel. If the United States Department of the Treasury reports to the Commissioner that the Plaintiff does not owe a federal debt, the government will exercise its discretion and honor an assignment of EAJA fees and pay the awarded fees directly to Plaintiffs counsel. No additional petition pursuant to 28 U.S.C. § 2412(d) shall be filed.

**IT IS FURTHER ORDERED** that the Plaintiff shall be paid $402.00 in costs and $22.59 in service expenses from the Judgment Fund by the United States Department of the Treasury pursuant to 28 U.S.C. § 2412(a)(l).

**This judgment filed and entered on December 8, 2022, and served on:**
Laura Beth Waller (via CM/ECF NEF)
George C. Piemonte (via CM/ECF NEF)
Cassia W. Parson (via CM/ECF NEF)
Wanda D. Mason (via CM/ECF NEF)

PETER A. MOORE, JR., CLERK

December 8, 2022

 /s/ Debra Reznick
By: Deputy Clerk