## In the United States District Court for the
## Eastern District of North Carolina
## Western Division

Zatochi **Mattocks**,
Plaintiff,
vs.
Frank **Bisignano**, Commissioner of
Social Security,
Defendant.

Civil Action No.
5:22-cv-00056-BO

### Order

Upon consideration of Plaintiff's petition for attorney's fees under the Social Security Act, 42 U.S.C. § 406(b), and Defendant's response, it is

ORDERED that:

1. Plaintiff's attorney is awarded attorney's fees under 42 U.S.C. § 406(b) of $37,546.50, less the $4,678.27 previously paid to the Plaintiff's attorney under the Equal Access to Justice Act. Plaintiff's attorney has chosen to effectuate the EAJA refund by deducting the amount of the earlier EAJA award from his subsequent fee request under 42 U.S.C. § 406(b). The Court finds that reducing the fee award by $4,678.27 is an appropriate and reasonable alternative to granting a full fee award but ordering counsel to reimburse the Plaintiff with the lesser award amount.

2. Defendant shall pay the amount of $32,868.23 to Plaintiff's attorney for the net attorney's fees under the Social Security Act, 42 U.S.C. § 406(b), from Plaintiff's past-due benefits, within a reasonable time.

This the 27 day of May, 2025.

TERRENCE W. BOYLE
United States District Judge