UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ZATOCHI MATTOCKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ATTORNEY FEE |
| v. ) | **JUDGMENT** |
| ) | |
| FRANK J. BISIGNANO, ) | 5:22-CV-56-BO |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's attorney is awarded attorney's fees under 42 U.S.C. § 406(b) of $37,546.50, less the $4,678.27 previously paid to the Plaintiff's attorney under the Equal Access to Justice Act. Plaintiff's attorney has chosen to effectuate the EAJA refund by deducting the amount of the earlier EAJA award from his subsequent fee request under 42 U.S.C. § 406(b). The Court finds that reducing the fee award by $4,678.27 is an appropriate and reasonable alternative to granting a full fee award but ordering counsel to reimburse the Plaintiff with the lesser award amount.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Defendant shall pay the amount of $32,868.23 to Plaintiff's attorney for the net attorney's fees under the Social Security Act, 42 U.S.C. § 406(b), from Plaintiff's past-due benefits, within a reasonable time.

**This judgment filed and entered on May 28, 2025, and served on:**
Laura Beth Waller (via CM/ECF NEF)
George C. Piemonte (via CM/ECF NEF)
Wanda D. Mason (via CM/ECF NEF)
Cassia W. Parson (via CM/ECF NEF)

PETER A. MOORE, JR., CLERK

May 28, 2025

 /s/ Lindsay Stouch
By: Deputy Clerk